# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIVANOVA, INC., and LIVANOVA USA, INC.,<br><br>　　　　　Defendants. | **Civil Action No. 4:23-cv-1800**<br><br>Patent Case<br>Jury Trial Demanded |

## DILORENZO BIOMEDICAL'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff DiLorenzo Biomedical, LLC ("DiLorenzo Biomedical"), through its undersigned counsel, hereby states that it has no parent corporation and that there is no publicly held corporation which owns 10% or more of DiLorenzo Biomedical's stock.

Dated: May 17, 2023                                  Respectfully submitted,

                                                     */s/ Wasif H. Qureshi*
                                                     Texas Bar No. 24048155
                                                     SDTX No. 584650
                                                     **JACKSON WALKER LLP**
                                                     1401 McKinney Street, STE 1900
                                                     Houston Texas 77010
                                                     (713) 752-4200
                                                     wqureshi@jw.com

                                                     *Counsel for Plaintiff DiLorenzo Biomedical, LLC*

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
Email: *docket@listonabramson.com*