IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, § § § Plaintiff, § § v. § **Civil Action No. 4:23-cv-1800** § LIVANOVA, INC., and LIVANOVA § USA, INC., § Patent Case § Jury Trial Demanded § Defendants. § § | |

**DILORENZO BIOMEDICAL'S STATEMENT OF INTERESTED ENTITIES**

Pursuant to the Court's May 19, 2023 Order (Dkt. 9), Plaintiff DiLorenzo Biomedical, LLC identifies the following financially interested entities: DiLorenzo Biomedical, LLC; Daniel J. DiLorenzo; and Liston Abramson LLP.

|  |  |
|---|---|
| Dated: May 31, 2023 | Respectfully submitted,<br><br>*/s/ Wasif H. Qureshi*<br>Texas Bar No. 24048155<br>SDTX No. 584650<br>**JACKSON WALKER LLP**<br>1401 McKinney Street, STE 1900<br>Houston Texas 77010<br>(713) 752-4200<br>wqureshi@jw.com<br><br>*Counsel for Plaintiff DiLorenzo Biomedical, LLC* |

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
Email: *docket@listonabramson.com*