IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIVANOVA, INC. and LIVANOVA USA, INC., <br><br> Defendants. | Civil Action No. 4:23-cv-1800 <br><br> Patent Case <br> Jury Trial Demanded |

**AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT AND TO RESCHEDULE INITIAL PRETRIAL CONFERENCE**

Plaintiff DiLorenzo Biomedical, LLC ("DiLorenzo") and Defendants LivaNova, Inc. and LivaNova USA (collectively "LivaNova") file this Agreed Motion for Extension of Time to Respond to Plaintiff's Original Complaint and to Reschedule Initial Pretrial Conference. In support thereof, the parties would show as follows:

1. On May 17, 2023, DiLorenzo filed its Original Complaint for Patent Infringement (Dkt. 1) ("Plaintiff's Complaint").

2. On August 9, 2023, LivaNova was served with Plaintiff's Complaint. Dkt. 11, 12.

3. The current deadline for LivaNova to respond to Plaintiff's Complaint is August 30, 2023.

4. LivaNova requests that the deadline for its response to Plaintiff's Complaint be extended by 45 days to Monday, October 16, 2023.

5. This is the first request for an extension of time for LivaNova to respond to Plaintiff's Complaint.

6. DiLorenzo does not oppose LivaNova's request.

7.	Thus, LivaNova respectfully moves for the entry of an Order extending the time for it to answer, object to, move, or otherwise respond to Plaintiff's Complaint to Monday, October 16, 2023.

8.	If LivaNova's request is granted, its response would be due after the Initial Pretrial and Scheduling Conference currently scheduled for September 21, 2023 (Dkt. 9).

9.	Accordingly, the parties respectfully request for the entry of an Order rescheduling the Initial Pretrial and Scheduling Conference to a date after Monday, October 16, 2023.

10.	This Motion is not being brought for purposes of delay but so that justice may be served.

11.	A proposed order accompanies this Motion.

Dated: August 22, 2023

*/s/ Wasif H. Quereshi*
Wasif H. Quereshi
*Attorney-in-Charge*
Texas Bar No. 24048155
SDTX No. 584650
wqureshi@jw.com
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston TX 77010
Tel: (713) 752-4521

*Of Counsel*:

Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Tel: (212) 257-1630
Email: docket@listonabramson.com

**COUNSEL FOR PLAINTIFF,
DILORENZO BIOMEDICAL, LLC.**

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
*Attorney-in-Charge*
Texas Bar No. 24055443
elacqua@fr.com
Karrie Wheatley
Texas Bar No. 24098605
wheatley@fr.com
Kathryn Quisenberry
Texas Bar No. 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300

**COUNSEL FOR DEFENDANTS,
LIVANOVA, INC. AND LIVANOVA USA**

### CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 22, 2023, a true and correct copy of the foregoing document was served via CM/ECF on all counsel of record.

*/s/ Benjamin C. Elaqua*
Benjamin C. Elaqua

3