IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> LIVANOVA, INC. and LIVANOVA USA, INC., <br><br> Defendants. | Civil Action No. 4:23-cv-1800 <br><br> Patent Case <br> Jury Trial Demanded |

**ORDER GRANTING AGREED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT
AND TO RESCHEDULE INITIAL PRETRIAL CONFERENCE**

Before the Court is the parties' Agreed Motion for Extension of Time to Respond to Plaintiff's Original Complaint and to Reschedule Initial Pretrial Conference (the "Motion"). In view that the Motion is agreed to, the Court finds that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Defendants LivaNova, Inc. and LivaNova USA shall have up to and including Monday, October 16, 2023 to answer, object to, move, or otherwise respond to Plaintiff's Original Complaint (Dkt. 1); and

IT IS FURTHER ORDERED that the Initial Pretrial and Scheduling Conference currently scheduled for September 21, 2023 is reset for _____.

SO ORDERED this _____ day of _____, 2023.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE