United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| DiLorenzo Biomedical, LLC | § § § | |
| v. | § § § | Civil Action 4:23−cv−01800 |
| LivaNova, Inc., et al. | § | |

Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Motion for Extension of Time − #16

Date: August 23, 2023.

Nathan Ochsner, Clerk

By: R. Hawkins, Deputy Clerk