United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIVANOVA, INC. and LIVANOVA USA, INC.,<br><br>Defendants. | Civil Action No. 4:23-cv-1800<br><br>Patent Case<br>Jury Trial Demanded |

## ORDER GRANTING AGREED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT
## AND TO RESCHEDULE INITIAL PRETRIAL CONFERENCE

Before the Court is the parties' Agreed Motion for Extension of Time to Respond to Plaintiff's Original Complaint and to Reschedule Initial Pretrial Conference (the "Motion"). In view that the Motion is agreed to, the Court finds that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Defendants LivaNova, Inc. and LivaNova USA shall have up to and including Monday, October 16, 2023 to answer, object to, move, or otherwise respond to Plaintiff's Original Complaint (Dkt. 1); and

IT IS FURTHER ORDERED that the Initial Pretrial and Scheduling Conference currently scheduled for September 21, 2023 is reset for 10/24/23 at 11:10 a.m. by video.

SO ORDERED this 24th day of August, 2023.

_____
Sam Sheldon
United States Magistrate Judge