| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:23-cv-1800 |
|---|---|---|---|

| DiLorenzo Biomedical, LLC |
|---|

| *versus* |
|---|
| LivaNova, Inc. and LivaNova USA, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ronald Abramson<br>Liston Abramson LLP<br>405 Lexington Ave, 46th Floor<br>New York, New York 10174<br>212-257-1630; ron.abramson@listonabramson.com<br>NY: 1457126; NJ: 26431976<br>SDNY: RA0979; EDNY: RA0979; DNJ: 26431976 |
|---|---|

| Name of party applicant seeks to appear for: | DiLorenzo Biomedical, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/23/2023 | Signed: | /s/ Ronald Abramson |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**                              **This lawyer is admitted *pro hac vice*.**

Dated: _____            _____
                                       United States District Judge