United States District Court
Southern District of Texas
**ENTERED**
October 24, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u> PRESIDING
DATE: <u>October 23, 2023</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>11:08-11:10AM</u>   AFTERNOON: _____
*********************************************************************

CIVIL NO. 4:23cv1800

| | |
|---|---|
| DiLorenzo Biomedical, LLC | Ronald Abramson |
| | Alex G. Patchen |
| | David Guerrero Liston |
| | Gina K. Kim |
| | Wasif H. Qureshi |
| Plaintiff | |
| Vs. | |
| Livanova Inc, et al | Benjamin C. Elacqua |
| | Kathryn Ann Quisenberry |
| Defendants | |

*********************************************************************
<u>MINUTE ENTRY ORDER:</u>

<u>The Court conducted the Initial Conference and entered a Scheduling Order. The parties agreed that within seven days of the District Judge's Order on the Motion to Dismiss (Dkt. No. 21) they would file an Amended Scheduling Order and request a Status Conference with the Court.</u>

SIGNED in Houston, Texas, the <u>24th</u> of October, 2023.

_____
Sam Sheldon
United States Magistrate Judge