United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| DILORENZO BIOMEDICAL, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:23-cv-1800 |
| LIVANOVA, INC., and LIVANOVA USA, INC., | § § § § | Patent Case<br>Jury Trial Demanded |
| Defendants. | § § § § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES
TO SELECT MEDIATOR AND COMPLETE MEDIATION**

ON THIS DAY came on to be considered Plaintiff DiLorenzo Biomedical, LLC and

Defendants LivaNova, Inc. and LivaNova USA, Inc.'s Joint Motion for Extension of Deadlines

to Select Mediator and Complete Mediation (the "Motion"), and based upon the pleadings and

agreement of counsel, this Court is of the opinion that the Motion should be GRANTED.

It is, therefore, ORDERED that the Motion is hereby GRANTED, and the deadlines for

the parties to select a mediator shall be extended to January 12, 2024 and to complete mediation

shall be extended to February 16, 2024.

Dated: _____, 2023

_____
JUDGE PRESIDING