IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>LIVANOVA, INC. and LIVANOVA USA, INC.,<br><br>    Defendants. | Civil Action No. 4:23-cv-1800 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DiLorenzo Biomedical, LLC ("DiLorenzo") and Defendants LivaNova, Inc. and LivaNova USA, Inc. ("LivaNova") announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered the parties' announcement, is of the opinion that their attendant request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against LivaNova by DiLorenzo herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this _____ day of May, 2024.

                _____
                Andrew S. Hanen
                United States District Judge

So agreed to:

/s/ Wasif H. Qureshi
Texas Bar No. 24048155
SDTX No. 584650
**JACKSON WALKER LLP**
1401 McKinney Street, STE 1900
Houston Texas 77010
(713) 752-4200
wqureshi@jw.com

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson
David G. Liston
Ari J. Jaffess
Alex G. Patchen
M. Michael Lewis
Gina K. Kim
Email: docket@listonabramson.com

*Counsel for Plaintiff DiLorenzo Biomedical, LLC*

/s/ Benjamin C. Elacqua
Benjamin C. Elacqua
*Attorney-in-Charge*
Texas Bar No. 24055443
elacqua@fr.com
Karrie Wheatley
Texas Bar No. 24098605
wheatley@fr.com
Kathryn Quisenberry
Texas Bar No. 24105639
quisenberry@fr.com
**FISH & RICHARDSON P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Tel: (713) 654-5300

*Counsel for Defendants LivaNova, Inc. and LivaNova USA, Inc.*