IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DILORENZO BIOMEDICAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>LIVANOVA, INC. and LIVANOVA USA, INC.,<br><br>Defendants. | Civil Action No. 4:23-cv-1800 |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DiLorenzo Biomedical, LLC ("DiLorenzo") and Defendants LivaNova, Inc. and LivaNova USA, Inc. ("LivaNova") announced to the Court that they have settled their respective claims for relief asserted in this cause. The Court, having considered the parties' announcement, is of the opinion that their attendant request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against LivaNova by DiLorenzo herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this 3rd day of May, 2024.

Andrew S. Hanen
United States District Judge